GARY M. RESTAINO
United States Attorney
District of Arizona
JENNIFER E. LAGRANGE
California State Bar No. 238984
Email: jennifer.lagrange@usdoj.gov
SHARON K. SEXTON
Arizona State Bar No. 012359
Email: sharon.sexton@usdoj.gov
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

FILED _____  _____ LODGED
_____ RECEIVED _____ COPY

AUG 0 2 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No.    CR-22-08073-PCT-DLR (MTM) |
|                              Plaintiff, | **INDICTMENT** |
| vs. | VIO:  18 U.S.C. §§ 1153 and 1111<br>(CIR-First Degree Murder)<br>Count 1 |
| Tre C. James, | 18 U.S.C. § 924(c)(1)(A)(iii) and (j)<br>(Discharging a Firearm During and<br>in Relation to a Crime of Violence)<br>Count 2 |
|                              Defendant. | 18 U.S.C. §§ 1153 and 113(a)(8)<br>(CIR-Assault by Suffocating an<br>Intimate Partner)<br>Count 3 |
| | 18 U.S.C. §§ 1153 and 1201<br>(CIR-Kidnapping)<br>Count 4 |
| | 18 U.S.C. §§ 1153 and 113(a)(8)<br>(CIR-Assault by Strangling an<br>Intimate Partner)<br>Count 5 |
| | 18 U.S.C. §§ 1153 and 113(a)(8)<br>(CIR-Assault by Suffocating an<br>Intimate Partner)<br>Count 6 |
| | 18 U.S.C. §§ 1153 and 113(a)(8)<br>(CIR-Assault by Strangling an<br>Intimate Partner)<br>Count 7 |

18 U.S.C. §§ 1153 and 113(a)(3)
(CIR-Assault with a Dangerous
Weapon)
Count 8

**THE GRAND JURY CHARGES:**

## COUNT 1

On or between June 30, 2019 and July 5, 2019, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, Defendant TRE C. JAMES, an Indian, with premeditation and with malice aforethought, did unlawfully kill J.Y.

In violation of Title 18, United States Code, Sections 1153 and 1111.

## COUNT 2

On or between June 30, 2019 and July 5, 2019, in the District of Arizona, Defendant TRE C. JAMES, did knowingly use, carry, brandish, and discharge a firearm during and relation to a crime of violence, and did knowingly possess, brandish, and discharge a firearm in furtherance of a crime of violence, that is CIR-First Degree Murder as alleged in Count 1, a felony crime prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(iii) and (j).

## COUNT 3

On or between June 1, 2019 and October 1, 2020, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, Defendant TRE C. JAMES, an Indian, did intentionally, knowingly, and recklessly assault the victim, L.S., who was an intimate partner and dating partner, by suffocating and attempting to suffocate her.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(8).

- 2 -

**COUNT 4**

On or between June 1, 2020 and October 1, 2020, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, Defendant TRE C. JAMES, an Indian, did unlawfully seize, confine, kidnap, abduct, and carry away the victim, L.S., and hold her for any purpose.

In violation of Title 18, United States Code, Sections 1153 and 1201.

**COUNT 5**

On or between June 8, 2020 and September 18, 2020, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, Defendant TRE C. JAMES, an Indian, did intentionally, knowingly, and recklessly assault the victim, L.S., who was an intimate partner and dating partner, by strangling and attempting to strangle her.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(8).

**COUNT 6**

On or about September 13, 2020, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, Defendant TRE C. JAMES, an Indian, did intentionally, knowingly, and recklessly assault the victim, L.S., who was an intimate partner and dating partner, by suffocating and attempting to suffocate her.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(8).

**COUNT 7**

On or about June 22, 2021, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, Defendant TRE C. JAMES, an Indian, did intentionally, knowingly, and recklessly assault the victim, E.B., who was an intimate partner and dating partner, by strangling and attempting to strangle her.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(8).

**COUNT 8**

On or about April 8, 2018, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, Defendant TRE C. JAMES, an Indian,

1    did intentionally and knowingly assault the victim, R.K., with a dangerous weapon with

2    intent to cause bodily harm.

3            In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

4                                        A TRUE BILL

5

6                                        _/s/_____
                                         FOREPERSON OF THE GRAND JURY
7                                        Date:   August 2, 2022

8    GARY M. RESTAINO
     United States Attorney
9    District of Arizona

10

11   _/s/_____
     JENNIFER E. LAGRANGE
12   SHARON K. SEXTON
     Assistant U.S. Attorneys

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28