**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** August 4, 2022 |
| **USA v. Tre C James** | **Case Number:** CR-22-08073-001-PCT-DLR |

**Assistant U.S. Attorney:** Patrick Joseph Schneider for Jennifer Elaine LaGrange
**Attorney for Defendant:** Counsel not available
**Interpreter:** N/A
**Defendant:**  ☒ Present   ☐ Not Present   ☐ Released   ☒ Custody   ☐ Summons   ☐ Writ

**INITIAL APPEARANCE**
☒ Indictment Filed   **Date of Arrest:** August 4, 2022
☒ NO Financial Affidavit taken; Defendant sworn as to financial status.
Court orders Defendant be appointed counsel.
☒ Defendant states true name to be SAME.
  Further proceedings ORDERED in Defendant's true name.
☒ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to 18§3142(e) & (f) is   ☒ Granted ☐ Denied
☒ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to
  ☒ 18§ 3142(f)   ☐ 18§ 3142(d)

Oral order by the Court unsealing the Complaint (Doc. 3), Indictment (Doc. 7), motion to seals (Doc. 1 and 5), orders to seal (Doc. 2 and 6) and DOJ Conflict Memo (Doc.) 9 and all further proceedings.

As required by Rule 5(f), the United States is ordered to produce all information required by Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.

**Arraignment and Detention Hearing** set for Tuesday, August 9, 2022 at 11:30 a.m. before Magistrate Judge Camille D. Bibles at 123 N. San Francisco Street, Flagstaff, Arizona.

**LATER:** Roberta J. McVickers, CJA, accepts appointment of counsel on behalf of the defendant for Flagstaff proceedings only.

**Recorded By** Courtsmart                                              IA      9 min
**Deputy Clerk** Christina Davison

                                                                                        **Start: 2:44 pm**
                                                                                        **Stop:  2:53 pm**