**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Douglas L. Rayes | **Date:** September 26, 2023 |
| **USA v. Tre C. James** | **Case Number:** CR-22-08073-001-PCT-DLR |

**Assistant U.S. Attorney:** Sharon Sexton and Jennifer LaGrange
**Attorney for Defendant:** Stephen Wallin, CJA

**Defendant:**  ☒ Present   ☐ Not Present   ☐ Released   ☒ Custody   ☐ Summons   ☐ Writ

**JURY TRIAL (Day 8):**

8:32 a.m. Reconvene. Parties present. Jury not present. Defendant's Oral Renewed Motion to Sever is DENIED. Defendant confirms that he will not testify. Discussion held regarding remaining trial schedule.
8:36 a.m. Recess.

9:02 a.m. Reconvene. Parties present. Jury present. **Defendant rests**. Final instructions read to the jury.
9:42 a.m. Recess.

9:55 a.m. Reconvene. Parties present. Jury present. Government's closing arguments presented.
11:10 a.m. Recess.

11:20 a.m. Reconvene. Parties present. Jury present. Defendant's closing arguments presented.
12:46 p.m. Recess.

1:46 p.m. Reconvene. Parties present. Jury present. Defendant's closing arguments continue.
1:56 p.m. Government's rebuttal closing arguments presented.
2:22 p.m. Additional final instructions read to the jury. Verdict form reviewed for the jury. Jurors 2, 9, and 12 are randomly selected as alternates. Bailiff sworn.
2:34 p.m. Jury excused to commence deliberations. Recess.

3:00 p.m. Reconvene. Counsel for Government and Defendant present. Defendant not present. Jury not present. Discussion held regarding exhibit 54, previously admitted for illustrative purposes only. On stipulation of the parties, exhibit 54 is admitted as a substantive exhibit.
3:01 p.m. Recess.

4:36 p.m. Court is in recess until 8:00 a.m. on September 27, 2023, at which time the jury will resume deliberations.

| | |
|---|---|
| **Court Reporter:** Jennifer Pancratz | **JT: 4 hrs 14 min** |
| **Deputy Clerk:** Robert Vasquez | **Start:  8:32 AM** |
| | **Stop:   4:36 PM** |